MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-832-5592
Fax #: 702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

Attorneys for Defendant
*BASS & ASSOCIATES, P.C.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREGORY,<br><br>Plaintiff,<br><br>v.<br><br>BASS & ASSOCIATES, P.C..<br><br>Defendant. | CASE NO.: 2:19-cv-02101-KJD-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER REGARDING EXTENSION OF TIME FOR RESPONSE BY DEFENDANT TO THE COMPLAINT** |

Plaintiff Michael Gregory ("Plaintiff") and Defendant Bass & Associates, P.C., ("Defendant") (collectively referred to as the "Parties"), through counsel and subject to this Court's approval, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in the above-captioned action on December 9, 2019;

WHEREAS, Defendant is currently scheduled to answer or otherwise respond to the Complaint by January 2, 2020;

WHEREAS, the Parties intend to explore the possibility of an early resolution of this matter through negotiations and request additional time to respond to the Complaint, with an extension of time through and including January 24, 2020.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

1. Defendant shall answer or file a motion to dismiss the Complaint by January 24, 2020.

| | |
|---|---|
| DATED: January 2, 2020 | DATED: January 2, 2020 |
| LAW OFFICE OF HAYES & WELSH | HAINES & KRIEGER, LLC |
| /s/ *Martin L. Welsh* | /s/ *Shawn W. Miller* |
| MARTIN L. WELSH, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada State Bar No. 8720 | Nevada State Bar No. 9086 |
| 199 N. Arroyo Grande Blvd., Ste. 200 | SHAWN W. MILLER |
| Henderson, Nevada 89074 | Nevada State Bar No. 7825 |
| *Attorneys for Defendant* | 8985 S. Eastern Avenue, Suite 350 |
| *BASS & ASSOCIATES, P.C.* | Las Vegas, Nevada 89123 |
| | *Attorneys for Plaintiff* |
| | *MICHAEL GREGORY* |

**IT IS SO ORDERED**

**DATED: January 03, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

/s/ *Martin L. Welsh*
_____
MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
(702) 434-3444
Attorneys for Defendant
*BASS & ASSOCIATES, P.C.*