MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-832-5592
Fax #: 702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

Attorneys for Defendant
*BASS & ASSOCIATES, P.C.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREGORY, | CASE NO.: 2:19-cv-02101-KJD-BNW |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER REGARDING EXTENSION OF TIME FOR RESPONSE BY DEFENDANT TO THE COMPLAINT** |
| v. | |
| BASS & ASSOCIATES, P.C.. | |
| Defendant. | **SECOND REQUEST FOR EXTENSION** |

Plaintiff Michael Gregory ("Plaintiff") and Defendant Bass & Associates, P.C., ("Defendant") (collectively referred to as the "Parties"), through counsel and subject to this Court's approval, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in the above-captioned action on December 9, 2019;

WHEREAS, Defendant is currently scheduled to answer or otherwise respond to the Complaint by January 2, 2020 2020 (as a result of an earlier Stipulation [DE #4] and Order [DE #5];

WHEREAS, Plaintiff and Defendant are actively exploring the possibility of an early resolution of this matter through negotiations and request additional time for Defendant to respond to the Complaint, with an extension of time through and including February 24, 2020.

///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. Defendant shall answer or file a motion to dismiss the Complaint by February 24, 2020.

DATED: January 23, 2020

LAW OFFICE OF HAYES & WELSH

__/s/ *Martin L. Welsh*_____
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, Nevada 89074
*Attorneys for Defendant*
*BASS & ASSOCIATES, P.C.*

DATED: January 23, 2020

HAINES & KRIEGER, LLC

__/s/ *Shawn W. Miller*_____
DAVID H. KRIEGER, ESQ.
Nevada State Bar No. 9086
SHAWN W. MILLER
Nevada State Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*
MICHAEL GREGORY

**IT IS SO ORDERED**

**DATED: January 24, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

  /s/ *Martin L. Welsh*
_____
MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
(702) 434-3444
Attorneys for Defendant
*BASS & ASSOCIATES, P.C.*