MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-832-5592
Fax #: 702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

Attorneys for Defendant
*BASS & ASSOCIATES, P.C.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREGORY,<br><br>Plaintiff,<br><br>v.<br><br>BASS & ASSOCIATES, P.C..<br><br>Defendant. | Case No.: 2:19-cv-02101-KJD-BNW<br><br>**ORDER TO DISMISS PLAINTIFF'S COMPLAINT, WITH PREJUDICE** |

**STIPULATION AND (PROPOSED) ORDER TO DISMISS**

**PLAINTIFF'S COMPLAINT, WITH PREJUDICE**

Plaintiff MICHAEL GREGORY ("Plaintiff"), by and through his counsel of record, Haines & Krieger, LLC, and the Defendant BASS & ASSOCIATES, P.C., ("Defendant"), by and through its counsel of record, the Law Office of Hayes & Welsh (collectively the "Parties"), hereby stipulate and agree and request that the Court dismiss Plaintiff's Complaint, in its entirety, with prejudice, pursuant to Fed. R. Civil Proced. 41(a)(2) with each party to bear

///

///

///

///

///

responsibility for payment of their own costs and attorney's fees;

STIPULATED AND AGREED this 6th day of March, 2020

| LAW OFFICE OF HAYES & WELSH | HAINES & KRIEGER, LLC |
|---|---|
| /s/ *Martin L. Welsh* | /s/ *George Haines* |
| MARTIN L. WELSH, ESQ. | GEORGE HAINES, ESQ. |
| Nevada State Bar No. 8720 | Nevada State Bar No.9411 |
| 199 N. Arroyo Grande Blvd., Suite 200 | SHAWN W. MILLER |
| Henderson, Nevada 89074 | Nevada State Bar No. 7825 |
| (702) 434-3444 | 8985 S. Eastern Avenue, Suite 350 |
| *Attorneys for Defendant* | Las Vegas, Nevada 89123 |
| BASS & ASSOCIATES, P.C. | *Attorneys for Plaintiff* |
|  | MICHAEL GREGORY |

## ORDER

**IT IS HEREBY ORDERED** as follows:

1. Pursuant to Rule 41(a)(2), Plaintiff Michael Gregory's Complaint is dismissed with prejudice.

2. The Clerk of the Court is directed to enter final judgment in this matter.

3. Each party to this action shall bear its own costs, disbursements, attorney's fees and expenses.

DATED this 10th day of March, 2020

_____
KENT J. DAWSON
U.S. DISTRICT COURT JUDGE